# ELECTRONIC RECORD

**1051-14**

COA # 06-13-00054-CR            OFFENSE: 19.03

STYLE: Jennifer Jill Whitehead v. The State of Texas            COUNTY: Anderson

COA DISPOSITION:    Affirmed            TRIAL COURT: 3rd District Court

DATE: 06/19/14            Publish: YES    TC CASE #: 30256

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jennifer Jill Whitehead v. The State of Texas            CCA #: **1051-14**

_____APPELLANT'S_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE: _____

_____REFUSED_____            JUDGE: _____

DATE: _NOVEMBER 26, 2014_            SIGNED: _____    PC: _____

JUDGE: _____            PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**